| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**Thomas G. Egner, Esquire**<br>**McDowell Law, PC**<br>**46 West Main Street**<br>**Maple Shade, NJ 08052**<br>**Phone  856-482-5544**<br>**Fax 856-482-5511**<br>**tegner@mcdowelllegal.com** | |
| In re:<br>    **Larry S. Neigut** | Case No.:  **20-13971**<br><br>Chapter:  **13**<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge:  **JNP** |

# CERTIFICATION OF SERVICE

1. I, __Deborah Jamison__ :

    ☐ represent ___ in the this matter.

    ☑ am the secretary/paralegal for __Thomas Egner__, who represents __the debtor__ in the this matter.

    ☐ am the ___ in the this case and am representing myself.

2. On __April 2, 2020__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:
    - Order Respecting Amendment to Schedules
    - Amendment to Schedules
    - Notice of Chapter 13 Bankruptcy Case
    - Notice of Hearing on Confirmation of Plan
    - Filed Plan

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  __April  2, 2020__

__/s/ Deborah Jamison__
Signature

1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Associa Mid-Atlantic**<br>**14000 Horizon Way, Suite 200**<br>**Mount Laurel, NJ 08054** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>  (as authorized by the court *) |
| **Eagle Farms HOA**<br>**PO Box 60002**<br>**Newark, NJ 07101-8052** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>  (as authorized by the court *) |
| **Logan Twp. Tax Collector**<br>**Tax Collector – Rosanne M. Pyle**<br>**125 Main Street**<br>**PO Box 314**<br>**Bridgeport, NJ 08014** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>  (as authorized by the court *) |
| **Perfect Touch Landscping and Irrigation**<br>**PO Box 564**<br>**Thorofare, NJ 08086** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>  (as authorized by the court *) |
| **Isabel Balboa**<br>**Chapter 13 Standing Trustee**<br>**535 Route 38, Suite 580**<br>**Cherry Hill, NJ 08002** | Trustee | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>  (as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

*rev. 8/1/15*
Best Case Bankruptcy