UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CAMDEN

Order Filed on March 31, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Thomas G. Egner, Esq.**
**McDowell Law, PC**
**46 W. Main Street**
**Maple Shade, NJ 08052**
**Telephone: (856) 482-5544**
**Telecopier: (856) 482-5511**

-----------------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Larry Neigut, | : | Case No. 20-13971 |
| | : | |
| | : | Hearing Date: March 31, 2020 at 10:00 A.M. |
| | : | |
| | : | Judge: Honorable Jerrold N Poslusny |
| Debtor(s). | : | |

-----------------------------------------------------------X

**ORDER CONTINUING/EXTENDING AND / OR IMPOSING THE AUTOMATIC STAY AS TO ALL CREDITORS**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: March 31, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtors: Larry Neigut
Case No.: 20-13971
Caption: Order Granting Motion to Extend the Automatic Stay as to All Creditors
Page 2 of 2

**THIS MATTER** having been opened to the Court by Thomas G. Egner, Esquire, attorney for the debtors herein, and the Court having considered the papers submitted herein, and for good cause having been shown for the making and entry hereof it is hereby;

**ORDERED** that the Automatic Stay be and hereby is extended and/or imposed in the instant case as against all creditors for the duration of this Chapter 13 case or until further order of the Court.

United States Bankruptcy Court
District of New Jersey

In re:  
Larry S. Neigut  
    Debtor

Case No. 20-13971-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Mar 31, 2020  
                   Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2020.  
db        +Larry S. Neigut,    106 Cardinal Court,    Swedesboro, NJ 08085-1323

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2020         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2020 at the address(es) listed below:  
         Denise E. Carlon    on behalf of Creditor    Carisbrook Asset Holding Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com  
         Thomas G. Egner    on behalf of Debtor Larry S. Neigut tegner@mcdowelllegal.com, tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;egnertr62202@notify.bestcase.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
         TOTAL: 4