Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 20–13971–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Larry S. Neigut
    aka Lawrence S Neigut
    106 Cardinal Court
    Swedesboro, NJ 08085

Social Security No.:
    xxx–xx–0567

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
## Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on April 20, 2020, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 21 – 19
Order Granting Notice of Request for Loss Mitigation(Related Doc # 19). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 4/20/2020. (kvr)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: April 20, 2020
JAN: kvr

                                                                                   Jeanne Naughton
                                                                                   Clerk

```
                          United States Bankruptcy Court
                                District of New Jersey
```

In re:                                                              Case No. 20-13971-JNP
Larry S. Neigut                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0312-1        User: admin              Page 1 of 1            Date Rcvd: Apr 20, 2020
                            Form ID: orderntc        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 22, 2020.
db             +Larry S. Neigut,    106 Cardinal Court,    Swedesboro, NJ 08085-1323

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm               Roundpoint Mortgage Servicing Corp.,    5016 Parkway Plaza Blvd.,    Suite 200
                                                                                  TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 20, 2020 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Carisbrook Asset Holding Trust dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Thomas G. Egner    on behalf of Debtor Larry S. Neigut tegner@mcdowelllegal.com,
           tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowellle
           gal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;egnertr62202@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4