Brian J. Duffield, Esquire
NJ Attorney ID #003391994
LAW OFFICE OF BRIAN J. DUFFIELD
95 North Main Street
Mullica Hill, New Jersey 08062
Phone: (856) 478-9900
Fax: (856) 478-6955
Attorneys for Creditor, Township of Logan

FILED
JEANNE A. NAUGHTON, CLERK
MAY 06 2020
U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY_____DEPUTY

| IN RE: | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|---|
| NEIGUT, LARRY S. A/K/A LAWRENCE S. NEIGUT | CHAPTER 13 CASE NO. 20-13971 |
| Debtor | |

## NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS, RECEIPT OF NOTICES, AND INCLUSION ON NOTICE LIST

**TO:** CLERK OF THE UNITED STATES BANKRUPTCY COURT,
UNITED STATES TRUSTEE
THE DEBTOR, AND ALL OTHER PARTIES-IN-INTEREST:

**PLEASE TAKE NOTICE** that the undersigned law firm is Solicitor for the Township of Logan, Creditor of the Debtor and a party-in-interest in the above Chapter 13 case. Pursuant to Rules 2002 and 9007 of the Rules of Bankruptcy Procedure, I, on behalf of my client, respectfully request that all notices given or required to be given in this case by the Court, the Clerk of the Court, the Debtor or its counsel, Creditors or their counsel, any Trustee which may be appointed, and any Creditors' Committee that may be appointed and/or any other party to this case be given to the undersigned at the address and telephone number set forth above. This request includes all orders, notices, copies of motions, applications, petitions, pleadings, requests, complaints or demands whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, delivery service, telephone, telegraph, telex or otherwise.

LAW OFFICE OF BRIAN J. DUFFIELD
Attorneys for Creditor, Township of Logan

BY: _____
BRIAN J. DUFFIELD, ESQUIRE

Dated: April 20, 2020

Brian J. Duffield, Esquire
NJ Attorney ID #003391994
LAW OFFICE OF BRIAN J. DUFFIELD
95 North Main Street
Mullica Hill, New Jersey 08062
Phone: (856) 478-9900
Fax: (856) 478-6955
Attorneys for Creditor, Township of Logan

FILED
JEANNE A. NAUGHTON, CLERK
MAY 06 2020
U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY _____ DEPUTY

IN RE:

NEIGUT, LARRY S.
A/K/A LAWRENCE S. NEIGUT,

Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

CHAPTER 13
CASE NO. 20-13971

**CERTIFICATION OF NON-COMPLIANCE REGARDING CASE MANAGEMENT/ELECTRONIC CASE FILING ("CM/ECF")**

Caption of Pleading being filed: Notice of Appearance

**I, BRIAN J. DUFFIELD, ESQUIRE, HEREBY CERTIFY** that with respect to the transition in procedure effective October 1, 2003 which required *mandatory* electronic filing for attorneys who regularly practice before this Court, and which requires attorneys to become trained and certified "Participants" of CM/ECF, if the attorney files ten (10) or more pleadings in a 12 month period, inclusive of the 2003 calendar year prior to October 1st, the following conditions apply (please check the applicable provisions):

__X__ (a) I am not currently certified as a CM/ECF Participant. During the twelve (12) month period preceding and including this filing, I have not exceeded the ten (10) document limit; or

_____ (b) I am not currently certified as a CM/ECF Participant. The captioned pleading constitutes my tenth or successive document filed within the preceding twelve (12) month period, and I have contacted the Court to schedule training within thirty (30) days of this filing. My scheduled training date is _____; or

_____ (c) I have been training but not yet certified as a CM/ECF Participant; or

_____ (d) I am a certified "Participant" of CM/ECF, but have encountered the following extenuating circumstances which have prevented me from complying with the mandatory filing requirement with respect to the captioned pleading: (briefly describe)

_____
_____
_____; and

_____ (e) Pursuant to the Court's Notice to the Bar dated June 17, 2003, and posted to the Court's Web site www.njb.uscourts.gov, I have placed the document being filed on a CD ROM in PDF format.

Date: April 20, 2020

BRIAN J. DUFFIELD, ESQUIRE
Attorney for Township of Logan