Certificate Number: 14912-NJ-DE-034509169

Bankruptcy Case Number: 20-13971



14912-NJ-DE-034509169

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 30, 2020, at 6:29 o'clock PM EDT, Larry Neigut completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   May 30, 2020                By:   /s/Jai Bhatt

                                    Name: Jai Bhatt

                                    Title: Counselor