Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  20−13971−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Larry S. Neigut
   aka Lawrence S Neigut
   106 Cardinal Court
   Swedesboro, NJ 08085

Social Security No.:
   xxx−xx−0567

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr.
on:

Date:        12/29/20
Time:        02:00 PM
Location:    4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street,
Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not
required.

   The following applications for compensation have been filed:

APPLICANT(S)
Thomas G. Egner, Debtor's Attorney

COMMISSION OR FEES
FEES: $1,387.50

EXPENSES
$48.85

If this is a chapter 13 case, the fees and expenses awarded:

☑    will not reduce the amount to be paid to general unsecured
      creditors under the plan.

☐    will reduce the amount to be paid to general unsecured
      creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date.
Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: December 1, 2020
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 20-13971-JNP

Larry S. Neigut                                                                           Chapter 13

     Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Dec 01, 2020 | Form ID: 137 | Total Noticed: 67 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

++++     Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Larry S. Neigut, 106 Cardinal Court, Swedesboro, NJ 08085-1323 |
| aty | + | Brian J. Duffield, 95 North Main Street, Mullica Hill, NJ 08062-9421 |
| nc | + | Brian Duffield, 95 North Main Street, Mullica Hill, NJ 08062-9421 |
| 518753528 | + | Associa Mid-Atlantic, 14000 Horizon Way, Suite 200, Mount Laurel, NJ 08054-4342 |
| 518753529 | + | Associates in Anesthesia, Inc., POB #1 - Suite #305, 30 Medical Center Blvd, Upland, PA 19013-3955 |
| 518753530 | + | Borough of Swedesboro, Attn: Tax Office, 1500 Kings Highway, Swedesboro, NJ 08085-1286 |
| 518753531 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine & Weiner, Attn: Bankruptcy, Po Box 5010, Woodland Hills, CA 91365 |
| 518753537 | ++ | CONTINENTAL FINANCE COMPANY LLC, PO BOX 8099, NEWARK DE 19714-8099 address filed with court:, Continental Finance Company, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714 |
| 518799179 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518753533 | | Capital One, NA, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 518753548 | + | Carisbrook Asset Holding Trust, KML Law Group, PC, 216 Haddon Ave., Suite 406, Westmont, NJ 08108-2812 |
| 518753535 | + | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0493 |
| 518835300 | | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518753539 | | Eagle Farms HOA, PO Box 60002, Newark, NJ 07101-8052 |
| 518824862 | | Emergency Care Service of PA, P.C., PO Box 1123, Minneapolis MN 55440-1123 |
| 518753540 | + | Equifax Information Services, PO Box 740241, Atlanta, GA 30374-0241 |
| 518753541 | + | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 518828651 | + | Expert Interiors & Exteriors, Inc., Morris & Adelman, PC, PO Box 2235, Bala Cynwyd, PA 19004-6235 |
| 518753543 | + | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 518753545 | ++++ | GOLDMAN & WARSHAW PC, 34 MAPLE AVE STE 101, PINE BROOK NJ 07058-9394 address filed with court:, Goldman & Warshaw PC, 34 maple Ave, Suite 101, Pine Brook, NJ 07058 |
| 518753544 | + | Genesis FS Card/Kay Jewelers, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 518753546 | + | I C System Inc, 444 Highway 96 East, P.O. Box 64378, St. Paul, MN 55164-0378 |
| 518828649 | + | Logan Township, Brian J. Duffield, Esq., 95 North Main Street, Mullica Hill, NJ 08062-9421 |
| 518786365 | + | Logan Township Tax Collector, Attn: Roseanne Pyle, 125 Main Street, PO Box 314, Bridgeport, NJ 08014-0314 |
| 518753553 | + | Morris & Adelman, P.C., PO Box 2235, Bala Cynwyd, PA 19004-6235 |
| 518753554 | ++ | NEW JERSEY HEALTHCARE SPECIALISTS, PO BOX 412138, BOSTON MA 02241-2138 address filed with court:, New Jersey Healthcare Specialists, PC, PO Box 419378, Dept 10005, Boston, MA 02241 |
| 518753555 | + | Pamela G. Neigut, 106 Cardinal Court, Swedesboro, NJ 08085-1323 |
| 518753557 | + | Pennsylvania Office of Unemployment, Department of Labor & Industry, Office of Chief Counsel, 651 Boas Street, 10th Floor, Harrisburg, PA 17121-0751 |
| 518753561 | #+ | Premier Orthopaedic Associates, P.O. Box 2180, Vineland, NJ 08362-2180 |
| 518753560 | #+ | Premier Orthopaedic Associates, P.O. Box 2749, Vineland, NJ 08362-2749 |
| 518753562 | | Pressler, Felt & Warshaw LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 518753563 | + | Prospect Health Access Network Inc., PO Box 23419, Jacksonville, FL 32241-4419 |
| 518753564 | + | Ragan & Ragan, Attn:, 3100 RT. 138 West, Buliding One, Wall, NJ 07719-9020 |
| 518753565 | + | Rancocas Anesthesiology, PO Box 4640, Rutherford, NJ 07070-0464 |
| 518753566 | + | Remex Inc, Attn: Bankruptcy, 307 Wall St., Princeton, NJ 08540-1515 |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 01, 2020 | Form ID: 137 | Total Noticed: 67 |

| | | |
|---|---|---|
| 518808133 | + | RoundPoint Mortgage Servicing Corporation, 446 Wrenplace Road, Fort Mill, SC 29715-0200 |
| 518753568 | + | Roundpoint Mortgage Servicing Corp., 5016 Parkway Plaza Blvd., Suite 200, Charlotte, NC 28217-1930 |
| 518899087 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 518753569 | + | Stat Imaging at RiverWinds, 204 Grove Ave, Suite F, Thorofare, NJ 08086-2557 |
| 518753570 | + | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 518753572 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, PO Box 5855, Carol Stream, IL 60197-5855 |
| 518801672 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518753573 | + | Toyota Motor Credit Corporation, Attn: Bankruptcy, PO Box 9013, Addison, TX 75001-9013 |
| 518753574 | + | TransUnion, PO Box 2000, Chester, PA 19016-2000 |
| 518753575 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518810161 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 46

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 01 2020 23:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 01 2020 23:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518753527 | | Email/Text: pgt@rawlingsandassociates.com | Dec 01 2020 23:57:00 | Anthem Blue Cross and Blue Shield, c/o Rawlings Financial Services, LLC, PO Box 2020, La Grange, KY 40031-2020 |
| 518812957 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 02 2020 00:19:01 | CVI SGP Acquisition Trust, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 518777890 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 02 2020 00:16:55 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518753532 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 02 2020 00:18:52 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518753534 | + | Email/Text: kellyp@ccpdocs.com | Dec 01 2020 23:57:00 | Cardiology Consultants PH, 207 North Broad St,, 3rd FL, Philadelphia, PA 19107-1500 |
| 518753536 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 01 2020 23:56:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518753538 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 02 2020 00:17:02 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518753547 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 01 2020 23:56:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518753549 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 01 2020 23:56:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 518816361 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 02 2020 00:17:07 | LVNV Funding, LLC, Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 518753550 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 02 2020 00:19:01 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10587, Greenville, SC 29603-0587 |
| 518753551 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 02 2020 00:15:05 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 518753552 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 01 2020 23:57:00 | Midland Funding, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 518753558 | | Email/Text: bankruptcy@ptlpro.com | Dec 01 2020 23:55:00 | Perfect Touch Landscping and Irrigation, PO Box 564, Thorofare, NJ 08086 |

District/off: 0312-1                              User: admin                                Page 3 of 3
Date Rcvd: Dec 01, 2020                        Form ID: 137                           Total Noticed: 67

| | | | |
|---|---|---|---|
| 518753559 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Dec 02 2020 00:18:58 | Portfolio Recovery Associates, LLC, c/o Barclaycard, PO Box 41067, Norfolk, VA 23541 |
| 518753556 | + Email/Text: bkrnotice@prgmail.com | | |
| | | Dec 01 2020 23:57:00 | Paragon Revenue Group, 216 Le Phillip Ct., Concord, NC 28025-2954 |
| 518811112 | + Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | Dec 01 2020 23:57:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518753567 | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Dec 02 2020 00:16:55 | Resurgent Capital Services LP, PO Box 10368, Greenville, SC 29603-0368 |
| 518753571 | + Email/Text: bncnotices@stengerlaw.com | | |
| | | Dec 01 2020 23:56:00 | Stenger & Stenger, 2618 East Paris Ave SE, Grand Rapids, MI 49546-2458 |

TOTAL: 21

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| lm | | Roundpoint Mortgage Servicing Corp., 5016 Parkway Plaza Blvd., Suite 200 |
| 518804093 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 518753542 | ##+ | Expert Interiors & Exteriors Inc., 2442 Bristol Road, Bensalem, PA 19020-6002 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2020                          Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | |
| | on behalf of Creditor Carisbrook Asset Holding Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | |
| | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Thomas G. Egner | |
| | on behalf of Debtor Larry S. Neigut tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;egnertr62202@notify.bestcase.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4