Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
401 Market Street  
Camden, NJ 08102

---

                    Case No.:  20−13971−JNP  
                    Chapter:  13  
                    Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
   Larry S. Neigut  
   aka Lawrence S Neigut  
   106 Cardinal Court  
   Swedesboro, NJ 08085

Social Security No.:  
   xxx−xx−0567

Employer's Tax I.D. No.:

---

# NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 3/18/22 at 10:00 AM

to consider and act upon the following:

**55** − Certification in Opposition to Trustee's Certification of Default (related document:54 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 03/2/2022. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Thomas G. Egner on behalf of Larry S. Neigut. (Attachments: # 1 Certificate of Service) (Egner, Thomas)

Dated: 2/24/22

                                          Jeanne Naughton  
                                          Clerk, U.S. Bankruptcy Court