Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.: 20−13971−JNP
        Chapter: 13
        Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Larry S. Neigut
   aka Lawrence S Neigut
   106 Cardinal Court
   Swedesboro, NJ 08085

Social Security No.:
   xxx−xx−0567

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/18/22.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: March 18, 2022
JAN: kvr

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 20-13971-JNP
Larry S. Neigut  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 4
Date Rcvd: Mar 18, 2022      Form ID: 148      Total Noticed: 67

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2022:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Larry S. Neigut, 106 Cardinal Court, Swedesboro, NJ 08085-1323 |
| aty | + | Brian J. Duffield, 95 North Main Street, Mullica Hill, NJ 08062-9421 |
| nc | + | Brian Duffield, 95 North Main Street, Mullica Hill, NJ 08062-9421 |
| 518753528 | + | Associa Mid-Atlantic, 14000 Horizon Way, Suite 200, Mount Laurel, NJ 08054-4342 |
| 518753529 | + | Associates in Anesthesia, Inc., POB #1 - Suite #305, 30 Medical Center Blvd, Upland, PA 19013-3955 |
| 518753530 | + | Borough of Swedesboro, Attn: Tax Office, 1500 Kings Highway, Swedesboro, NJ 08085-1286 |
| 518753531 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine & Weiner, Attn: Bankruptcy, Po Box 5010, Woodland Hills, CA 91365 |
| 518753537 | ++ | CONTINENTAL FINANCE COMPANY LLC, PO BOX 8099, NEWARK DE 19714-8099 address filed with court:, Continental Finance Company, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714 |
| 518753548 | + | Carisbrook Asset Holding Trust, KML Law Group, PC, 216 Haddon Ave., Suite 406, Westmont, NJ 08108-2812 |
| 518753539 | | Eagle Farms HOA, PO Box 60002, Newark, NJ 07101-8052 |
| 518824862 | | Emergency Care Service of PA, P.C., PO Box 1123, Minneapolis MN 55440-1123 |
| 518753540 | + | Equifax Information Services, PO Box 740241, Atlanta, GA 30374-0241 |
| 518753541 | + | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 518828651 | + | Expert Interiors & Exteriors, Inc., Morris & Adelman, PC, PO Box 2235, Bala Cynwyd, PA 19004-6235 |
| 518753545 | ++++ | GOLDMAN & WARSHAW PC, 34 MAPLE AVE STE 101, PINE BROOK NJ 07058-9394 address filed with court:, Goldman & Warshaw PC, 34 maple Ave, Suite 101, Pine Brook, NJ 07058 |
| 518828649 | + | Logan Township, Brian J. Duffield, Esq., 95 North Main Street, Mullica Hill, NJ 08062-9421 |
| 518786365 | + | Logan Township Tax Collector, Attn: Roseanne Pyle, 125 Main Street, PO Box 314, Bridgeport, NJ 08014-0314 |
| 518753553 | + | Morris & Adelman, P.C., PO Box 2235, Bala Cynwyd, PA 19004-6235 |
| 518753554 | ++ | NEW JERSEY HEALTHCARE SPECIALISTS, PO BOX 412138, BOSTON MA 02241-2138 address filed with court:, New Jersey Healthcare Specialists, PC, PO Box 419378, Dept 10005, Boston, MA 02241 |
| 518753555 | + | Pamela G. Neigut, 106 Cardinal Court, Swedesboro, NJ 08085-1323 |
| 518753557 | + | Pennsylvania Office of Unemployment, Department of Labor & Industry, Office of Chief Counsel, 651 Boas Street, 10th Floor, Harrisburg, PA 17121-0751 |
| 518753563 | + | Prospect Health Access Network Inc., PO Box 23419, Jacksonville, FL 32241-4419 |
| 518753564 | + | Ragan & Ragan, Attn:, 3100 RT. 138 West, Buliding One, Wall, NJ 07719-9020 |
| 518753565 | + | Rancocas Anesthesiology, PO Box 4640, Rutherford, NJ 07070-0464 |
| 518753566 | + | Remex Inc, Attn: Bankruptcy, 307 Wall St., Princeton, NJ 08540-1515 |
| 518808133 | + | RoundPoint Mortgage Servicing Corporation, 446 Wrenplace Road, Fort Mill, SC 29715-0200 |
| 518753568 | + | Roundpoint Mortgage Servicing Corp., 5016 Parkway Plaza Blvd., Suite 200, Charlotte, NC 28217-1930 |
| 518753569 | + | Stat Imaging at RiverWinds, 204 Grove Ave, Suite F, Thorofare, NJ 08086-2557 |
| 518899087 | | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 518753574 | + | TransUnion, PO Box 2000, Chester, PA 19016-2000 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- |
| smg | Email/Text: usanj.njbankr@usdoj.gov | | |

Case 20-13971-JNP    Doc 59    Filed 03/20/22    Entered 03/21/22 00:16:23    Desc Imaged
Certificate of Notice    Page 3 of 5

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 4 |
| Date Rcvd: Mar 18, 2022 | Form ID: 148 | Total Noticed: 67 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Mar 18 2022 20:22:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 18 2022 20:22:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518753527 | | Email/Text: pgt@rawlingsandassociates.com | Mar 18 2022 20:22:00 | Anthem Blue Cross and Blue Shield, c/o Rawlings Financial Services, LLC, PO Box 2020, La Grange, KY 40031-2020 |
| 518812957 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 18 2022 20:25:59 | CVI SGP Acquisition Trust, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 518777890 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 18 2022 20:25:33 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518753532 | | EDI: CAPITALONE.COM | Mar 19 2022 00:18:00 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518799179 | | Email/PDF: bncnotices@becket-lee.com | Mar 18 2022 20:25:58 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518753533 | | Email/PDF: bncnotices@becket-lee.com | Mar 18 2022 20:25:43 | Capital One, NA, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 518753534 | + | Email/Text: kellyp@ccpdocs.com | Mar 18 2022 20:22:00 | Cardiology Consultants PH, 207 North Broad St,, 3rd FL, Philadelphia, PA 19107-1500 |
| 518753535 | + | EDI: CITICORP.COM | Mar 19 2022 00:18:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 518835300 | | EDI: CITICORP.COM | Mar 19 2022 00:18:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518753536 | + | EDI: WFNNB.COM | Mar 19 2022 00:18:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518753538 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 18 2022 20:25:17 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518753543 | + | EDI: AMINFOFP.COM | Mar 19 2022 00:18:00 | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 518753544 | + | EDI: PHINGENESIS | Mar 19 2022 00:18:00 | Genesis FS Card/Kay Jewelers, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 518753546 | + | EDI: IIC9.COM | Mar 19 2022 00:18:00 | I C System Inc, 444 Highway 96 East, P.O. Box 64378, St. Paul, MN 55164-0378 |
| 518753547 | + | EDI: IRS.COM | Mar 19 2022 00:18:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518753549 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 18 2022 20:22:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519166714 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 18 2022 20:36:08 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519166713 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 18 2022 20:36:07 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518816361 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 18 2022 20:36:08 | LVNV Funding, LLC, Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 518753550 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 18 2022 20:25:59 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10587, Greenville, SC 29603-0587 |
| 518753551 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 18 2022 20:25:22 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 518753552 | + | EDI: MID8.COM | | |

Case 20-13971-JNP  Doc 59  Filed 03/20/22  Entered 03/21/22 00:16:23  Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 18, 2022 | Form ID: 148 | Total Noticed: 67 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Mar 19 2022 00:18:00 | Midland Funding, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 518753558 | | Email/Text: bankruptcy@ptlpro.com | Mar 18 2022 20:22:00 | Perfect Touch Landscping and Irrigation, PO Box 564, Thorofare, NJ 08086 |
| 518753559 | | EDI: PRA.COM | Mar 19 2022 00:18:00 | Portfolio Recovery Associates, LLC, c/o Barclaycard, PO Box 41067, Norfolk, VA 23541 |
| 518753562 | | Email/Text: signed.order@pfwattorneys.com | Mar 18 2022 20:22:00 | Pressler, Felt & Warshaw LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 518753556 | + | Email/Text: bkrnotice@prgmail.com | Mar 18 2022 20:22:00 | Paragon Revenue Group, 216 Le Phillip Ct., Concord, NC 28025-2954 |
| 518811112 | + | EDI: JEFFERSONCAP.COM | Mar 19 2022 00:18:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518753566 | + | Email/Text: clientservices@remexinc.com | Mar 18 2022 20:22:00 | Remex Inc, Attn: Bankruptcy, 307 Wall St., Princeton, NJ 08540-1515 |
| 518753567 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 18 2022 20:25:06 | Resurgent Capital Services LP, PO Box 10368, Greenville, SC 29603-0368 |
| 518753570 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 18 2022 20:22:00 | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |
| 518753571 | + | Email/Text: bncnotices@stengerlaw.com | Mar 18 2022 20:22:00 | Stenger & Stenger, 2618 East Paris Ave SE, Grand Rapids, MI 49546-2458 |
| 518753572 | | EDI: TFSR.COM | Mar 19 2022 00:18:00 | Toyota Financial Services, PO Box 5855, Carol Stream, IL 60197-5855 |
| 518801672 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Mar 18 2022 20:22:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518753573 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Mar 18 2022 20:22:00 | Toyota Motor Credit Corporation, Attn: Bankruptcy, PO Box 9013, Addison, TX 75001-9013 |
| 518810161 | | EDI: WFFC.COM | Mar 19 2022 00:18:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518753575 | | EDI: WFFC.COM | Mar 19 2022 00:18:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| lm | | Roundpoint Mortgage Servicing Corp., 5016 Parkway Plaza Blvd., Suite 200 |
| 518804093 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 518753542 | ##+ | Expert Interiors & Exteriors Inc., 2442 Bristol Road, Bensalem, PA 19020-6002 |
| 518753561 | ##+ | Premier Orthopaedic Associates, P.O. Box 2180, Vineland, NJ 08362-2180 |
| 518753560 | ##+ | Premier Orthopaedic Associates, P.O. Box 2749, Vineland, NJ 08362-2749 |

TOTAL: 1 Undeliverable, 1 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Mar 18, 2022 | Form ID: 148 | Total Noticed: 67 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2022          Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Carisbrook Asset Holding Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Loss Mitigation Roundpoint Mortgage Servicing Corp. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Thomas G. Egner | on behalf of Debtor Larry S. Neigut tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;egnertr62202@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6